UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

KELVIN C. BROWN,

                              Plaintiff,                    6:17-CV-1190 (BKS/ATB)

v.

UTICA POLICE DEPARTMENT, et al.,

                              Defendants.
_____

Appearances:

Kelvin C. Brown
#8525
Oneida County Correctional Facility
6075 Judd Road
Oriskany, NY 13424
Plaintiff, pro se

**Hon. Brenda K. Sannes, United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

Plaintiff Kelvin Brown commenced this pro se civil rights action asserting claims under 42 U.S.C. § 1983 and seeking leave to proceed in forma pauperis. (Dkt. Nos. 1–2). This matter was referred to United States Magistrate Judge Andrew T. Baxter who, on November 16, 2017, issued an Order and Report-Recommendation recommending, *inter alia*, that Plaintiff's claims against Defendant Utica Police Department be dismissed without prejudice to Plaintiff amending his complaint to name the proper municipal defendant and that Plaintiff's equal protection claims be dismissed without prejudice to Plaintiff amending his complaint to assert a proper equal protection claim. (Dkt. No. 9, at 10). Magistrate Judge Baxter further recommended that, to the extent Plaintiff based his complaint on the Eighth Amendment, those claims be dismissed with prejudice and the case proceed based on the Fourth Amendment. (*Id.*). Magistrate Judge Baxter

advised Plaintiff that, under 28 U.S.C. § 636(b)(1), he had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. (*Id.* at 11). No objections to the Report-Recommendation have been filed. On December 12, 2017, Plaintiff filed an amended complaint, (Dkt. No. 10), as he was entitled to do as of right under Fed. R. Civ. P. 15(a)(1).

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. The Court has reviewed the Report-Recommendation for clear error and found none. However, as the amended complaint supersedes the original complaint in all respects, N.D.N.Y. L.R. 7.1(a)(4), the portion of the Report-Recommendation that recommends dismissal of the complaint is rejected as moot.

For these reasons, it is

**ORDERED** that the Report-Recommendation (Dkt. No. 9) is rejected as moot; and it is further

**ORDERED** that the amended complaint (Dkt. No. 10) is referred to Magistrate Judge Baxter for review; and it is

**ORDERED** that the Clerk serve a copy of this Order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: December 20, 2017
       Syracuse, New York

Brenda K. Sannes
U.S. District Judge